UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2011
OCTOBER 13, 2011 SESSION



FILED
OCT 1 2 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:11-cr-00238
                                      18 U.S.C. § 875(d)

HARRY MARSHALL RAE

## I N D I C T M E N T

The Grand Jury Charges:

On or about September 18, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant HARRY MARSHALL RAE, with intent to extort money from persons known to the Grand Jury, did knowingly transmit in interstate commerce, by means of an Internet website maintained for the purpose of communicating with the Governor of West Virginia, a communication containing a threat to injure the reputation of the addressee.

In violation of Title 18, United States Code, Section 875(d).

                                      R. BOOTH GOODWIN II
                                      United States Attorney

                              By:     [signature]
                                      STEVEN R. RUBY
                                      Assistant United States Attorney