**Court Minutes:**

Session: 2011Oct18
Session Date: 10/18/2011
Judge: Stanley, Mary E.
Reporter: CourtFlow, Digital

Division: Chas
Session Time: 13:58

Courtroom: R5400

Clerk(s): Lair, Tabitha

US Attorney(s):
   Goodwin II, R. Booth
   Ryan, Thomas C.

Public Defender(s):
   Byrne, Jonathan D.
   Newberger, Mary Lou

Prob. Officer(s):
   Lanham, Troy

Court interpreter(s):

---

Case ID: 0002

   Case number: 2:11-cr-00238
   Plaintiff:
   Plaintiff Attorney:
   Defendant: Rae, Harry Marshall
   CJA/Retained Atty:
   Co-Defendant(s):
   US Attorney: Goodwin II, R. Booth
   Public Defender:

10/18/2011

| Time | Event |
|---|---|
| 14:08:09 | Recording Started: |
| 14:08:09 | Case called |
| 14:08:15 | **General:** HEARING TYPE: ARRAIGNMENT |
| 14:08:27 | **Judge: Stanley, Mary E.** called case, noted appearances of counsel, defendant present in courtroom |
| 14:08:30 | **General:** Defendant given oath by Courtroom Deputy Clerk |
| 14:08:33 | **Judge: Stanley, Mary E.** stated rights of defendant and defendant acknowledged these rights |
| 14:09:41 | **Defendant: Rae, Harry Marshall** stated personal information |
| 14:09:47 | **Judge: Stanley, Mary E.** questions defendant about indictment related matters |
| 14:10:03 | **Defendant: Rae, Harry Marshall** pled not guilty to charge(s) contained in the indictment |
| 14:10:06 | **Judge: Stanley, Mary E.** stated District Judge assignment and dates for trial and pretrial |
| 14:10:17 | **Defendant: Rae, Harry Marshall** does waive right to be present at the pretrial motions |
| 14:10:23 | **Judge: Stanley, Mary E.** waiver has been signed and will be filed |
| 14:10:44 | parties elected standard discovery, pt mot, voir dire, wit list dates given |
| 14:11:10 | court and parties review and discuss the Pretrial Services Report |
| 14:11:17 | discuss previous bond conditions |
| 14:11:53 | **Public Defender: Newberger, Mary Lou** comments |
| 14:13:58 | **US Attorney: Goodwin II, R. Booth** responds |
| 14:15:42 | **Judge: Stanley, Mary E.** new bond shall be done |
| 14:16:06 | lists conditions |
| 14:18:59 | **US Attorney: Goodwin II, R. Booth** travel restrictions |

| 14:19:19 | **Public Register (Nezhoda, Matthew)** |
| | comments |
| 14:20:08 | **Judge: Stanley, Mary E.** |
| | rel on bond |
| 14:20:26 | **Stop recording** |