IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                       **CRIMINAL NO. 2:11-00238**

**HARRY MARSHALL RAE**

### SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on October 18, 2011, the United States of America, by counsel, supplements its response to Standard Discovery Requests as follows:

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (I) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:** The following items are included on a CD:

1. Electronic communications and postal records;

2. Documents relating to prior conduct by defendant; and

3. YAHOO documents 1-4 dated September 28, 2011.

**REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By: s/Steven R. Ruby, AUSA
STEVEN R. RUBY, WV Bar No. 10752
Assistant United States Attorney
P. O. Box 1713
Charleston, WV 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
E-mail: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing and by hand-delivery on this 15th day of November, 2011, to:

>Mary Lou Newberger
>Federal Public Defender
>300 Virginia Street, East
>Room 3400
>Charleston, West Virginia  25301

>s/Steven R. Ruby, AUSA
>STEVEN R. RUBY, WV Bar No. 10752
>Assistant United States Attorney
>P. O. Box 1713
>Charleston, WV  25301
>Telephone: (304) 345-2200
>Fax: (304) 347-5104
>E-mail: steven.ruby@usdoj.gov