```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       CHARLESTON
```

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 2:11-00238

HARRY MARSHALL RAE

### UNOPPOSED MOTION OF THE UNITED STATES TO CONTINUE TRIAL

Now comes the United States of America, by Steven R. Ruby, Assistant United States Attorney for the Southern District of West Virginia, and moves the Court to order that the trial of this case now scheduled for January 23, 2012, be continued to January 30, 2012.

In support of this motion, the United States represents to the Court that the United States and defendant have agreed in principle to enter into a plea agreement. A letter-form plea agreement has been sent to defense counsel so that defendant may execute it. Defendant, however, currently resides in California. Consequently, the executed plea agreement likely will not be returned to the United States until a day or two after January 23, 2012. When the executed plea agreement is returned to the United States, the United States will move for a plea hearing and tender a copy of the executed plea agreement to the Court.

Defense counsel has authorized the United States to represent that defendant does not oppose this motion.

        Respectfully submitted,

        R. BOOTH GOODWIN II
        United States Attorney

By:
        s/Steven R. Ruby, AUSA
        STEVEN R. RUBY, WV Bar No. 10752
        Assistant United States Attorney
        300 Virginia Street, East, Room 4000
        Charleston, WV  25301
        Telephone: (304) 345-2200
        Fax: (304) 347-5104
        E-mail: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNOPPOSED MOTION OF THE UNITED STATES TO CONTINUE TRIAL" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 19th day of January, 2012, to:

>Mary Lou Newberger
>Federal Public Defender
>300 Virginia Street, East, Room 3400
>Charleston, WV 25301

>s/ Steven R. Ruby
>Steven R. Ruby
>Assistant United States Attorney
>WV Bar No. 10752
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>Email:  steven.ruby@usdoj.gov