```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       CHARLESTON
```

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:11-00238

HARRY MARSHALL RAE

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Steven R. Ruby, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By:

s/Steven R. Ruby, AUSA
STEVEN R. RUBY, WV Bar No. 10752
Assistant United States Attorney
300 Virginia Street, East, Room 4000
Charleston, WV  25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
E-mail: steven.ruby@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing "MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 23rd day of January, 2012, to:

>Mary Lou Newberger
>Federal Public Defender
>300 Virginia Street, East, Room 3400
>Charleston, WV 25301
>
>Christian M. Capece
>Assistant Federal Public Defender
>300 Virginia Street, East, Room 3400
>Charleston, WV 25301

>>s/ Steven R. Ruby
>>Steven R. Ruby
>>Assistant United States Attorney
>>WV Bar No. 10752
>>300 Virginia Street, East
>>Room 4000
>>Charleston, WV 25301
>>Telephone: 304-345-2200
>>Fax: 304-347-5104
>>Email: steven.ruby@usdoj.gov