```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:11-00238

**HARRY MARSHALL RAE**

<u>O R D E R</u>

On January 27, 2012, the defendant, by his counsel, Christian M. Capece, Assistant Federal Public Defender, filed the Defendant's Motion for U.S. Marshal Service to Arrange for Defendant's Transportation and Lodging for Attendance at Plea Hearing, requesting that the U.S. Marshal's Service purchase an airline ticket for the defendant to travel from Angel's Camp, California, to Charleston, West Virginia, in order for him to be present at the plea hearing set for 10:00 a.m. on January 31, 2012, and purchase an airline ticket for the defendant to travel back to Angel's Camp, California, from Charleston, West Virginia, and, if transportation back to Angel's Camp, California, is unavailable the same day as the plea hearing, that reasonable overnight accommodations be provided.

Inasmuch as the defendant is indigent and qualifies for court appointed counsel, and inasmuch as the defendant resides in the Eastern District of California and is unable to provide the necessary transportation to the Southern District of West Virginia, it is ORDERED, pursuant to 18 U.S.C. Section 4285, that the United States Marshals Service arrange for his noncustodial transportation via airline from Angel's Camp, California, to Charleston, West Virginia, and, if needed, to provide subsistence expenses, including lodging, not to exceed the amount authorized as a per diem allowance for travel.  It is further ORDERED that the United States Marshals Service also arrange for the defendant's return trip from Charleston, West Virginia, to Angel's Camp, California, following the conclusion of the hearing on January 31, 2012, and, if transportation is unavailable that same day, to provide reasonable overnight accommodations.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  January 27, 2012

John T. Copenhaver, Jr.
United States District Judge