AO 442 (Rev. 11/01) Arrest Warrant

FILED
MAY - 2 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

SEALED

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) | |
| v. | ) | Case No. 2:11-00238 |
| | ) | Case No. 2:11-mj-00108 |
| HARRY MARSHALL RAE | ) | |
| *Defendant* | ) | |

REC'D
2011 SEP 26 P 6:13
U.S. MARSHAL
CHARLESTON, WV

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HARRY MARSHALL RAE                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     X Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Harry Marshall Rae transmitted in interstate commerce a communication containing a threat to injure the property or reputation of the addressee or of another, that is, the acting Governor of the State of West Virginia, with intent to extort from any person, firm, association, or corporation, any money or other thing of value. In violation of Title 18, United States Code, Section 875(d).

Date: _Sept 26, 2011_

City and state:     Charleston, WV

_Mary E. Stanley_
*Issuing officer's signature*

Mary E. Stanley, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 26 SEPT 2011 , and the person was arrested on *(date)* 18 Oct 2011 at *(city and state)* Charleston, WV  CA . |

Date: 18 Oct 2011

_Marcus_
*Arresting officer's signature*

Marcus A. Roth  DUSM
*Printed name and title*